UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| In re INTEL CORP. CPU MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No.: 3:18-md-2828-SI<br><br>**STIPULATED ORDER** |
| This Document Relates to All Actions | |

1.      On March 29, 2021, the Court issued its order on Defendant Intel Corporation's Motion to Dismiss, granting that motion with leave to amend. ECF 204.

2.      On May 26, 2021, Plaintiffs filed a Second Amended Consolidated Class Action Allegation Complaint (the "Second Amended Complaint"). ECF 209. The Second Amended Complaint alleges, on behalf of a nationwide class, Count I, Unfair Competition Law ("UCL") and Count II, Quasi Contract or Unjust Enrichment. The Second Amended Complaint also seeks certification in the alternative of state subclasses under the common law and statutory consumer protection laws of other states (Counts III-LVI).

3.      Intel's motion to dismiss the Second Amended Complaint is due on July 14, 2021.

4.      Consistent with the briefing for the First Amended Complaint, in the interest of judicial efficiency, and as previously ordered in Pretrial Order No. 8 (ECF 186, June 17, 2020) adopting a bellwether approach, the parties agree that Intel's motion to dismiss, and Plaintiffs' response thereto, shall address all claims alleged on behalf of a proposed nationwide class (i.e.,

Count I (UCL), a California statutory claim alleged on behalf of a nationwide class and Count II (Quasi Contract or Unjust Enrichment)) and shall address the six state statutory claims briefed and argued in connection with the First Amended Complaint.

     5.     The page limitations for the briefing on Intel's motion to dismiss will be 50 pages for Intel's opening brief, 50 pages for Plaintiffs' response, and 35 pages for Intel's reply.

     6.     Both sides reserve and do not waive all rights and all procedural and substantive arguments with respect to claims not addressed by this stipulation or examined in Intel's motion to dismiss.

DATED: June 7, 2021.

/s/ *Michael H. Simon*
The Hon. Michael H. Simon
United States District Judge

Page 2   -   STIPULATED ORDER