**Steve D. Larson**, OSB No. 863540
Email: slarson@stollberne.com
**Jennifer S. Wagner**, OSB No. 024470
Email: jwagner@stollberne.com
STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 SW Oak Street, Suite 500
Portland, Oregon 97204
Telephone: (503) 227-1600

*Attorneys for Plaintiffs*

[Additional Counsel Listed on Signature Page.]

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| IN RE: INTEL CORP. CPU MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 3:18-MD-02828-SI **NOTICE OF APPEAL** |

Notice is hereby given that Plaintiffs Jimaya Gomez; Ryan Clark; Louisa Ferrer; Pamela Green; Carlo Garcia; Bruce Bodofsky; Linda Phillips; Schwartz Eye Associates, PA; Jubal Malay; Joseph Phillips; Kenneth Woolsey; Claude Vogel; Justin Whippo; David Copeland; Kottemann Orthodontics, PLLC; Alliance Healthcare System, Inc.; Kevin Crawford; Emilio Rodriguez; Amy Storey; George

Apple; Kory Jeno; Zachary Richard; City of New Castle; Margarite Sampson; Cassandra Payne; Alma Jennings; James Bradshaw; Jordan Robbins; Victoria Belle Dunn; Robert Key; Jamal Elakrah; Kathleen Greer; Hibbits Insurance; Jerry Peacock; Carol Marziale; Blue Peaks Hosting, LLC; Michael Nelson; Jack Mezzell; Titi Ricafort; Andrew East; Barry Wayne Browning; Michael Straub; Zog, Inc.; Artesia General Hospital; and DK Systems, Inc., individually and on behalf of the proposed class members, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the Judgment entered on July 7, 2022 that dismissed these actions with prejudice (ECF No. 269), a copy of which is attached hereto as Exhibit A, and into which are integrated, either explicitly or implicitly, the following Orders from which Plaintiffs hereby appeal:   (1) the Opinion and Order granting Defendant's Motion to Dismiss with Leave to Amend, entered in this action on March 27, 2020 (ECF No. 178), a copy of which is attached hereto as Exhibit B; (2) the Opinion and Order granting Defendant's Motion to Dismiss with Leave to Amend, entered in this action on March 29, 2021 (ECF No. 204), a copy of which is attached hereto as Exhibit C; (3) the Opinion and Order granting in part Defendant's Motion to Dismiss the Second Amended Complaint (ECF No. 225), a copy of which is attached hereto as Exhibit D; and (4) the Opinion and Order granting Defendant's Motion for Reconsideration, entered in this action on July 7, 2022 (ECF No. 268), a copy of which is attached hereto as Exhibit E.

Plaintiffs' Representation Statement is attached to this Notice as Exhibit F,

pursuant to Ninth Circuit Rule 3-2.

DATED:  August 8, 2022           STOLL STOLL BERNE LOKTING &
                                 SHLACHTER P.C.

                                 By:   */s/ Steve D. Larson*
                                       **Steve D. Larson**, OSB No. 863540
                                       **Jennifer S. Wagner**, OSB No. 024470
                                       209 SW Oak Street, Suite 500
                                       Portland, OR 97204
                                       Telephone: (503) 227-1600
                                       Email: slarson@stollberne.com
                                               jwagner@stollberne.com

                                       *Interim Plaintiffs' Liaison Counsel*

                                       **Christopher A. Seeger** (*pro hac vice*)
                                       SEEGER WEISS LLP
                                       55 Challenger Road, 6th Floor
                                       Ridgefield Park, NJ 07660
                                       Telephone: (212) 584-0700
                                       Email: cseeger@seegerweiss.com

                                       **Rosemary M. Rivas** (*pro hac vice*)
                                       GIBBS LAW GROUP LLP
                                       1111 Broadway, Suite 2100
                                       Oakland, CA 94607
                                       Telephone: 510-350-9700
                                       Email: rmr@classlawgroup.com

                                       *Interim Co-Lead Plaintiffs' Counsel*

                                       **Gayle M. Blatt** (*pro hac vice*)
                                       CASEY GERRY SCHENK
                                       FRANCAVILLA BLATT & PENFIELD
                                       LLP
                                       110 Laurel Street

NOTICE OF APPEAL
CASE NO. 3:18-MD-02828-SI

San Diego, CA 92101
Telephone: (619) 238-1811
Email: gmb@cglaw.com

**Stuart A. Davidson** (*pro hac vice*)
ROBBINS GELLER RUDMAN & DOWD
LLP
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: (561) 750-3000
Email: sdavidson@rgrdlaw.com

**Melissa R. Emert** (*pro hac vice*)
KANTROWITZ, GOLDHAMER &
GRAIFMAN, P.C.
135 Chestnut Ridge Road, Suite 200
Montvale, NJ 07645
Email: memert@kgglaw.com
Telephone: (845) 356-2570

**Richard M. Hagstrom** (*pro hac vice*)
HELLMUTH & JOHNSON PLLC
8050 West 78th Street
Edina, MN 55439
Telephone: (952) 941-4005
Email: rhagstrom@hjlawfirm.com

**Jennifer L. Joost** (*pro hac vice*)
KESSLER TOPAZ MELTZER & CHECK
LLP
One Sansome Street, Suite 1850
San Francisco, CA 94104
Telephone: (415) 400-3000
Email: jjoost@ktmc.com

**Adam J. Levitt** (*pro hac vice*)
DICELLO LEVITT & CASEY LLC
Ten North Dearborn Street, Eleventh Floor
Chicago, IL 60602

4

Telephone: (312) 214-7900
Email: alevitt@dlcfirm.com

**Charles E. Schaffer** (*pro hac vice*)
LEVIN SEDRAN & BERMAN LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Telephone: (215) 592-1500
Email: cschaffer@lfsblaw.com

*Interim Plaintiffs' Steering Committee*

NOTICE OF APPEAL
CASE NO. 3:18-MD-02828-SI